UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HAZLETON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-04512-KAW<br><br>**ORDER TO SHOW CAUSE** |

On March 4, 2015, Defendant Federal Home Loan Mortgage Corporation filed a motion to dismiss Plaintiff Dennis Hazleton's complaint. The motion is currently set for hearing on May 7, 2015. Pursuant to Civil Local Rule 7-3, Plaintiff's opposition was due on March 23, 2015. As of the filing of this order, Plaintiff has not filed an opposition to the motion. Plaintiff also failed to appear at the case management conference held on April 7, 2015.

Accordingly, the Court hereby orders Plaintiff to show cause why the pending motion to dismiss should not be granted as unopposed. Plaintiff shall file a written response to this order to show cause by no later than April 28, 2015. Plaintiff shall also file, as a separate document, an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss by no later than April 28, 2015. Failure to timely file both documents may result in dismissal of this action. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition of any motion shall constitute consent to the granting of the motion."). The hearing on the motion to dismiss is continued to July 2, 2015.

To aid his compliance with this order, Plaintiff may wish to consult a manual the court has

1  adopted to assist *pro se* litigants in presenting their case. This manual, and other free information,
2  is available online at: *http://cand.uscourts.gov/proselitigants*. Plaintiff may also wish to contact
3  the Federal Pro Bono Project's Help Desk—a free service for *pro se* litigants—by calling (415)
4  782-8982.

  IT IS SO ORDERED.

Dated: 04/07/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California